**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHEN A. MILLER,

           PLAINTIFF,

             v.

PACIFIC INVESTMENT MANAGEMENT
COMPANY LLC, et al.,

           DEFENDANTS.

Case No.: 12-CV-04122 (LTS)(JCF)

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Pacific Investment Management

Company LLC, in the above-captioned action.  I certify that I am admitted to practice before this

Court.


Dated: November 5, 2012
      Armonk, NY

/s/ Jason Cyrulnik
Jason Cyrulnik
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
T: 914-749-8200
F: 914-749-8300
jcyrulnik@bsfllp.com

*Attorneys for Defendant Pacific Investment*
*Management Company LLC*