```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-17-12
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

STEPHEN A. MILLER,  )
            Plaintiff,  )
      )  Civil Action #
      )  12CV 4122 (LTS)
vs  )
      )
PACIFIC INVESTMENT MANAGEMENT Company LLC,  )  **JURY TRIAL**
PIMCO FUNDS,  )  **DEMANDED**
CME GROUP INC.  )
Mohamed A. El-Erian     (PIMCO)  )
Stephen A. Rodosky      (PIMCO),  )
          Defendants  )

## ANSWER TO THE 2nd PIMCO MOTION TO DISMISS

Justice delayed is justice denied. The plaintiff's answer is identical to the 1st **PIMCO MOTION TO DISMISS.** The plaintiff doesn't want to waste the court's time and insult the intelligence of the court.

Date:  December 13, 2012      Respectfully submitted,

*/s/ Stephen A. Miller*
_____
Stephen A. Miller, Pro se
83 Waldorf Avenue
Bridgeport, CT. 06605
Tel 203-923-1680

### CERTIFICATE OF SERVICE

I, Stephen A. Miller certify that on December 13, 2012 this Answer to the PIMCO Motion to Dismiss was mailed by USPS to counsel of record for all defendants.



1



Stephen A. Miller
83 Waldorf Ave.
Bridgeport, CT 06605-2548

12 CV 04122 (LTS-JCF)

13 DEC 2012 PM 2 L

US DISTRICT COURT
SDNY PRO SE OFFICE
500 PEARL ST ROOM 230
NY NY 10007-1312

RECEIVED DEC 17 2012 PRO SE OFFICE