UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEPHEN A. MILLER,                                :
                                                  :
                            Plaintiff,            :    Case No. 12-CV-4122 (LTS) (JCF)
                                                  :
            v.                                    :    ECF CASE
                                                  :    ELECTRONICALLY FILED
PACIFIC INVESTMENT MANAGEMENT                     :
COMPANY LLC, et al.,                              :
                                                  :
                            Defendants.           :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Julie Thaxton, being duly sworn, deposes and says:

1.  I am not a party to the action, am over 18 years of age, and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2.  On December 31, 2012, I served a true copy of the *Notice of Motion to Dismiss*, *Declaration of Charles F. Smith*, and *CME Group Defendants' Memorandum of Law in Support of Their Motion to Dismiss* by first-class mail by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York upon:

Stephen A. Miller
83 Waldorf Avenue
Bridgeport, CT 06605
*Pro Se Plaintiff*

3.  Pursuant to Rule 7.2 of the Local Rules of the United States District Court for the Southern District of New York, I also enclosed in the envelope addressed to Plaintiff at the

1

address listed above copies of the three unreported cases cited in the CME Group Defendants' Memorandum of Law.

*Julie Thaxton*

Julie Thaxton

Sworn to before me this
31st day of December 2012

Richard Gomez
Notary Public, State of New York
No. 01GO6201183
Qualified in New York County
Commission Expires March 9, 2013